NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In the Interest of D.C., a child.                )
                                                 )
                                                 )
R.C.,                                            )
                                                 )
          Appellant,                             )
                                                 )
v.                                               )          Case No. 2D15-2332
                                                 )
DEPARTMENT OF CHILDREN AND                       )
FAMILIES,                                        )
                                                 )
          Appellee.                              )
_____)

Opinion filed September 30, 2015.

Appeal from the Circuit Court for Polk
County; Neil A. Roddenbery, Judge.

O. Frank Valladares of Valladares &
Associates, Lakeland, for Appellant.

No appearance for Appellee.


PER CURIAM.

          Affirmed.  See O.I.C.L. v. Dep't of Children & Families, 169 So. 3d 1244

(Fla. 4th DCA 2015); S.H. v. Dep't of Children & Families, 880 So. 2d 1279 (Fla. 4th

DCA 2004).


SILBERMAN, BLACK, and SLEET, JJ., Concur.